USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
FONZ INC.,                                                   :
                                                             :
                              Plaintiff,                     :
                                                             :         19-cv-10854 (LJL)
        -v-                                                  :
                                                             :         ORDER
THE CITY BAKERY, LLC, CITY BAKERY BRANDS, :
LLC, MAURYBAKES, LLC, and MAURY RUBIN,                       :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      This case has been randomly reassigned to me for all purposes. On January 21, 2020, the Chapter 7 trustee for Defendant Maury Rubin ("Rubin") filed a notice of bankruptcy, indicating that Rubin filed a voluntary petition for relief under Chapter 7 of Title 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Southern District of New York on December 20, 2019. Dkt. No. 15. It appears that Defendants The City Bakery, LLC and Maurybakes are wholly owned by Defendant City Bakery Brands, LLC, of which Rubin is one-third beneficial owner. Dkt. No. 1 at ¶¶ 4-6.

      It is hereby ORDERED that no later than July 1, 2020, Plaintiff file a letter on the docket providing an update as to the status of the bankruptcy proceeding and its effect, including whether it effects a stay with respect to each of the Defendants.

      SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                                            LEWIS J. LIMAN
                                                             United States District Judge