```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FONZ, INC.,                                                      :
                                                                 :
                                Plaintiff,                       :
                                                                 :      19-cv-10854 (LJL)
         -v-                                                     :
                                                                 :      ORDER
CITY BAKERY BRANDS, LLC, et al.,                                 :
                                                                 :
                                Defendants.                      :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/25/2021

LEWIS J. LIMAN, United States District Judge:

On January 21, 2021, the Court entered a default judgment against non-debtor defendants The City Bakery, LLC, City Bakery Brands, LLC, and Maurybakes, LLC (the "Corporate Defendants"). Dkt. No. 34. Individual defendant Maury Rubin ("Rubin") had filed a petition for Chapter 7 bankruptcy on December 20, 2019 and this action was stayed as against him. Dkt. Nos. 15, 17, 19.

Plaintiff has requested an inquest to determine the amount of damages owed by the Corporate Defendants. It is hereby ORDERED that no later than February 15, 2021, Plaintiff shall file a letter providing an update as to the status of the bankruptcy proceeding with respect to Rubin and how Plaintiff proposes that the Court address the question of damages while the action against Rubin is still pending but has been stayed.

SO ORDERED.

Dated: January 25, 2021         _____
       New York, New York                   LEWIS J. LIMAN
                                         United States District Judge