USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
: 
FONZ, INC., :
:
Plaintiff, :
: 19-cv-10854 (LJL)
-v- :
: ORDER
CITY BAKERY BRANDS, LLC, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On January 21, 2021, the Court entered a default judgment against non-debtor defendants The City Bakery, LLC, City Bakery Brands, LLC, and Maurybakes, LLC (the "Corporate Defendants"). Dkt. No. 34. Individual defendant Maury Rubin ("Rubin") had filed a petition for Chapter 7 bankruptcy on December 20, 2019 and this action was stayed as against him. Dkt. Nos. 15, 17, 19.

The Court directed Plaintiff to provide an update as to the status of the bankruptcy proceeding with respect to Rubin and how Plaintiff proposed that the Court address the question of damages while the action against Rubin is still pending but has been stayed. That letter was due the earlier of April 26, 2021 or one week from the close of fact discovery in the bankruptcy court proceeding, but Plaintiff has not filed such letter. *See* Dkt. No. 37.

Plaintiff shall submit the letter by July 2, 2021. The action shall remain stayed in the meantime.

SO ORDERED.

Dated: June 2, 2021
      New York, New York
                                                        LEWIS J. LIMAN
                                                    United States District Judge