```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
FONZ, INC.,                                                        :
:
                              Plaintiff,                           :
:                          19-cv-10854 (LJL)
        -v-                                                        :
:                              ORDER
CITY BAKERY BRANDS, LLC et al.,                                    :
:
                              Defendants.                          :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Pursuant to the Court's Order at Dkt. No. 49 adopting the Magistrate Judge's Report and Recommendation, the Court AWARDS Plaintiff (a) $1,297,509.54 in damages inclusive of accrued interest, (b) prejudgment interest at the statutory rate of 9% calculated from the date of the start of this lawsuit—November 22, 2019—through the date of entry of a final judgment, as calculated by the Clerk of Court, (c) $27,640.50 in reasonable attorneys' fees, and (d) $1.075.00 in costs.

      The Clerk of Court is respectfully directed to enter the judgment.

      SO ORDERED.

Dated: November 10, 2021
       New York, New York
                                             LEWIS J. LIMAN
                                          United States District Judge