UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FONZ, INC.,

                Plaintiff,                    19 **CIVIL** 10854 (LJL)

    -against-                            **JUDGMENT**

CITY BAKER BRANDS, LLC ET AL.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 10, 2021, the Magistrate Judge's Report and Recommendation is adopted, the Court AWARDS Plaintiff (a) $1,297,509.54 in damages inclusive of accrued interest, (b) prejudgment interest at the statutory rate of 9% calculated from the date of the start of this lawsuit—November 22, 2019—through the date of entry of a final judgment, in the amount of $230,672.31, (c) $27,640.50 in reasonable attorneys' fees, and (d) $1.075.00 in costs.

**Dated:**  New York, New York
           November 12, 2021

                                                      **RUBY J. KRAJICK**

                                                              **Clerk of Court**
                                **BY:**    *K. Mango*
                                                               **Deputy Clerk**